**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1417**

———————

QUINTIN M. LITTLEJOHN,

                 Plaintiff - Appellant,

      v.

BARACK OBAMA, President of the United States of America;
NOVANT HEALTH CARE; SOCIAL SECURITY ADMINISTRATION,

                 Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Bruce H. Hendricks, District Judge. (7:14-cv-00812-BHH)

———————

Submitted: August 27, 2015         Decided: August 31, 2015

———————

Before GREGORY, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Quintin Littlejohn, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quintin Littlejohn appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Littlejohn v. Obama</u>, No. 7:14-cv-00812-BHH (D.S.C. Mar. 18, 2015). We deny Littlejohn's motions to amend the caption and to vacate the judgment of the magistrate judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>